**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Eugene McDay, ) | |
| ) | |
| Plaintiff, ) | No.  CIV 05-1411-PHX-SRB (DKD) |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| Adam Lewis, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is Plaintiff's Motion for Release and for Access to Legal Documents (Doc. #27). Plaintiff is requesting that this Court look into his claims that on May 22, 2006 he was taken from ASPC Eyman/Rynning to a parole office and then to Alhambra, and back to the Department of Corrections for refusing to do parole. Plaintiff further states that because he was reassigned to a different unit that his legal documents have been confiscated.

The facts alleged in Plaintiff's present motion are too far removed in time from this § 1983 action. In addition, his claim regarding his legal documents is a grievable issue, the resolution of which requires Plaintiff to use the inmate grievance process. Therefore, the Court will deny Plaintiff's motion.

DATED this 6th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge